

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/11
```

Robert P. Astorino
County Executive

Office of the County Attorney

Robert F. Meehan
County Attorney



RECEIVED
AUG - 3 2011
CHAMBERS OF
RICHARD J. HOLWELL

August 3, 2011

**Via Fax (212) 805-7948**
Hon. Richard J. Holwell
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Extension of Defendants' Time to Respond to Complaint in *Bowen v. Patrick*, 11-cv-4799 (RJH)

Dear Judge Holwell,

I am counsel for the County Defendants in this action, and write on behalf of and with the consent of counsel for all defendants to request an extension of our time to respond to the complaint from August 3 to August 22, 2011. Plaintiff consents to this first extension request. The parties also consensually request an extension of plaintiff's reply time to September 6, 2011.

Thank you for your time and attention to this matter.

Respectfully submitted,

_____/s/_____
Adam Rodriguez
Senior Assistant County Attorney

SO ORDERED

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
8/8/11

Cc:   Michael A Deem, Esq. (via email), counsel for plaintiff
      Coleman Thomas Lechner, Esq. (via email), counsel for New York Medical College
      Sarah Layfield Reid, Esq. (via email), counsel for New York Medical College
      Frank Marocco, Esq. (via email), counsel for Westchester County Dep't of Corrections SOABF

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601     Telephone: (914)995-2660  Website: westchestergov.com